AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Carlos Bayon | ) Case No. 18-cr-163 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Carlos Bayon,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of supervision

Date: 03/22/2023

*Issuing officer's signature*

City and state: Buffalo, NY

Mary C. Loewenguth, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/22/2023, and the person was arrested on *(date)* 3/23/2023
at *(city and state)* Buffalo, NY.

Date: 3/23/2023

Executing ~~Arresting~~ officer's signature

David Starke, Inv. Analyst
*Printed name and title*