UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Crim. No.   1:18CR00163-001

CARLOS BAYON

      On March 23, 2023, the subject appeared before the Honorable Jeremiah J. McCarthy for an initial appearance on the Petition for Offender Under Supervision submitted on March 21, 2023. At that court appearance, the defendant advised he was agreeable to signing the treatment release and attend the mental health evaluation appointment scheduled for April 13, 2023. All parties agreed to keep the violation petition open to ensure the subject's compliance. Mr. Bayon attended his mental health treatment appointment and was deemed not in need of treatment.

      This case is currently scheduled for a status before Your Honor on May 11, 2023. All parties agreed that since the defendant was compliant with his mental health treatment condition, the violation petition could be dismissed. It is respectfully requested that the Petition for Offender Under Supervision for the above-named defendant dated March 21, 2023, be dismissed. The defendant remains on supervised release with all previously ordered conditions.

Respectfully submitted,

Janelle L. Dzina
U.S. Probation Officer Specialist

IT IS SO ORDERED:

FRANK P. GERACI, JR.
UNITED STATES DISTRICT JUDGE

DATED: 5/2/23